

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-15-00203-CR

CODY CRYMES, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the 253rd District Court of Chambers County. (Tr. Ct. No. 17163).

After due consideration, the Court grants the motion to dismiss the appeal filed by the appellant. Accordingly, the Court **dismisses** the appeal.

The Court **orders** that this decision be certified below for observance.

Judgment rendered April 14, 2015.

Per curiam opinion delivered by panel consisting of Chief Justice Radack and Justices Brown and Lloyd.